**DISMISS; and Opinion Filed March 27, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

### No. 05-13-00981-CV
_____

### IN THE INTEREST OF G. I. H., A CHILD

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF11-17810-Y**

## MEMORANDUM OPINION
Before Justices Bridges, O'Neill, and Brown
Opinion by Justice O'Neill

Appellant's brief in this case is overdue. By postcard dated January 14, 2014, we notified appellant the time for filing his brief had expired. We directed appellant to file both his brief and an extension motion within ten days. We cautioned appellant that failure to file his brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed his brief, an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b)(c).

/Michael J. O'Neill/
_____
MICHAEL J. O'NEILL
JUSTICE

130981F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF G. I. H., A CHILD

No. 05-13-00981-CV

On Appeal from the 330th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DF11-17810-Y.
Opinion delivered by Justice O'Neill.
Justices Bridges and Brown participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee The State of Texas recover its costs of this appeal from appellant Samuel T. Hopkins.

Judgment entered this 27th day of March, 2014.

/Michael J. O'Neill/

MICHAEL J. O'NEILL
JUSTICE